UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LAURAL HEMENWAY, <br><br> Plaintiff, <br><br> v. <br><br> 16TH JUDICIAL ATTORNEY'S OFFICE, <br><br> Defendant. | Case No. 3:15-cv-00997 <br><br> Magistrate Judge Alistair E. Newbern |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, the motion for summary judgment filed by Defendant the District Attorney General's Office for Tennessee's 16th Judicial District (Doc. No. 89) is GRANTED and this action is DISMISSED.

The Clerk of Court is DIRECTED to enter a final judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is so ORDERED.

ALISTAIR E. NEWBERN
United States Magistrate Judge